Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

May 7, 2018

**BY ECF**

Hon. George B Daniels
United States Courthouse
Southern District of New York
500 Pearl St., Room 1310
New York, NY 10007

RE:   *Zayas v. 10th Avenue Kostas LLC, et al*
      S.D.N.Y.   17cv5933 (GBD)(KHP)

Dear Judge Daniels:

This office represents the plaintiff in the above referenced action. On behalf of all parties, I submit this joint application requesting an adjournment of the court conference scheduled for May 9, 2018.

Parties are glad to report that we have settled the case in principle and are finalizing the terms of the settlement agreement. We anticipate filing a Stipulation of Discontinuance within 3 weeks.

Thank you.

Respectfully Yours,

/s/ James E Bahamonde

James E. Bahamonde, Esq.

cc:
Daniel F. Lynch
Attorney for Defendants
20 Vesey Street, Suite 410
New York, NY 10007