**Law Offices of**
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 7 2018

June 6, 2018

**BY ECF**

Hon. George B Daniels
United States Courthouse
Southern District of New York
500 Pearl St., Room 1310
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: JUN 0 7 2018

RE.  *Zayas v. 10th Avenue Kostas LLC, et al*
    **S.D.N.Y.   17cv5933 (GBD)(KHP)**

Dear Judge Daniels:

This office represents the plaintiff in the above referenced action. On behalf of all parties, I submit this joint application requesting an extension of the deadline to restore.

On May 8, 2018, the court ordered to close the instant action, without prejudice to restore the action to the court's counter if an application to restore is made within 30 days. Since this time, parties have finalized the terms of a settlement agreement. Presently, we are exchanging the agreement to be executed. Consequently, we respectfully request a 14 day extension of the date to restore.

Thank you.

Respectfully Yours,

/s/ James E Bahamonde

James E. Bahamonde, Esq.

cc:
Daniel F. Lynch
Attorney for Defendants
20 Vesey Street, Suite 410
New York, NY 10007